■ In the Matter of the Claim of JAMES E. BOYNTON, Appellant. COMMISSIONER OF LABOR, Respondent. [3 NYS3d 642]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 4, 2014, which denied claimant's application to reopen a prior decision.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of JONATHAN HURLEY, Appellant, v TINA STANFORD, as Chair of the New York State Board of Parole, et al., Respondents. [3 NYS3d 642]—Appeal from a judgment of the Supreme Court (LaBuda, J.), entered September 2, 2014 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Board of Parole denying petitioner's request for parole release.

Judgment affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.